UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.:

**LINDA BRYANT**,

       Plaintiff,

vs.

**UNITED STATES OF AMERICA**,

       Defendant.
_____/

## **COMPLAINT**

The Plaintiff, LINDA BRYANT, sues the Defendant, UNITED STATES OF AMERICA (hereinafter "U.S.A."), and alleges as follows:

1. This is an action for damages in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2. This Court has jurisdiction pursuant to the Federal Tort Claims Act and the provisions of 28 U.S.C. §1346(b).

3. Venue is appropriate in the United States District Court for the Northern District of Florida, Tallahassee Division, pursuant to 28 U.S.C. 1402(a).

4. Pursuant to the provisions of 28 U.S.C. §2675, the Plaintiff provided written notice to the United States National Park Service (hereinafter "U.S. Park Service") of her claim for money damages on or about March 11, 2022. The Standard Form 95 form for the Plaintiff is attached hereto and incorporated by reference herein respectively as **Exhibit "A"**.

5. On or about September 11, 2022, the U.S Park Service implicitly denied Plaintiff's claim pursuant to 28 U.S.C. §2675.

6. At all times material hereto, Plaintiff was a resident of Havana, Gadsden County, Florida.

7. On October 27, 2021, in Washington, D.C., Plaintiff was walking on a sidewalk in the National Mall alongside Independence Avenue SW near the John Paul Jones Memorial.

8. On that date, and for a least the previous decade, the U.S. Park Service had possession and control of that sidewalk and was responsible for its maintenance.

9. On that date, Plaintiff tripped over a raised portion of the sidewalk that she did not expect to encounter and that she did not see prior to tripping, even though Plaintiff was using due care and paying full attention to her surroundings.

10. On that date, the U.S. Park Service had actual and constructive notice of the dangerous and unsafe condition presented by the raised portion of the sidewalk, as evidenced by their previous unsuccessful attempts to remedy the unsafe condition.

11. In spite of this knowledge, the U.S. Park Service negligently failed to take reasonable care in maintaining the property to provide safe "premises" for their visitors.

12. As a result of this negligence by the U.S. Park Service, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, aggravation of a pre-existing condition, medical and nursing care and treatment, lost wages and the loss of ability to earn money. These losses are either permanent or continuing and the Plaintiff will continue to suffer these losses in the future.

WHEREFORE, the Plaintiff, LINDA BRYANT, demands judgment for damages, prejudgment interest, and all costs of suit against the Defendant, UNITED STATES OF AMERICA, and all other relief permitted at law from Defendant, UNITED STATES OF AMERICA.

Respectfully submitted this 15th day of September, 2022.

*/s/ Halley B. Lewis, III*
_____
Halley B. Lewis, III
FONVIELLE LEWIS MESSER &
         McCONNAUGHHAY
FL Bar ID No. 0915742
3375 Capital Circle Northeast
Building A
Tallahassee, FL 32308
(850) 422-7773
FAX:  (850) 422-3449
Primary email:  hal@wrongfullyinjured.com
Secondary email:  angela@wrongfullyinjured.com
Attorney for Plaintiff (s)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|
| 1. Submit to Appropriate Federal Agency: National Park Service, 1849 C Street NW, Washington, DC 20240 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Linda Bryant, 175 Miller Road, Havana, Florida 32333 | |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 04/02/1960 | Married | 10/27/2021  3:30 | PM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On October 27, 2021, I was walking on the sidewalk at Independent Ave SW and Homefront Drive in Washington, DC, when I tripped and fell due to a large trip hazard where one portion of the sidewalk was raised much higher than the adjacent portion. I have since looked back at photographs on Google Earth, and I noticed that this dangerous condition has existed for many years. I had no warning of this dangerous condition.

**PROPERTY DAMAGE**

9.

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

**PERSONAL INJURY/WRONGFUL DEATH**

10.

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Cracked teeth, dental implants, bruising, scraping, headaches

**WITNESSES**

11.

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Paul Bryant | 175 Miller Road, Havana, Florida 32333 |

12. (See instructions on reverse). **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| zero | $100,000.00 | zero | $100,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). Linda C. Bryant | 13b. PHONE NUMBER OF PERSON SIGNING FORM 850/228-8278 | 14. DATE OF SIGNATURE 2/1/2022 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

EXHIBIT A

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

Capital Health Plan (health insurance), Post Office Box 15349, Tallahassee, Florida 32317, ID # CHP50061540
Ameritas (dental insurance), Post Office Box 82520, Lincoln, Nebraska 68504, Policy # 10-350557-4

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☒ Yes   ☐ No   17. If deductible, state amount.

Yes. Some of the treatment received is not covered

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (it is necessary that you ascertain these facts).

Most of the dental treatment has been denied due to non-covered treatment.

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK